Howard D. Hall, Esq. (State Bar No. 145024)
Jeff M. Hall, Esq. (State Bar No. 192656)
Michael E. Lisko, Esq. (State Bar No. 233632)
GREEN & HALL, A PROFESSIONAL CORPORATION
1851 East First Street, 10th Floor
Santa Ana, California 92705-4052
Telephone: (714) 918-7000
Facsimile: (714) 918-6996
E-Mail: hdhall@greenhall.com
       jhall@greenhall.com
       mlisko@greenhall.com

Attorneys for Defendants
AURORA LOAN SERVICES, LLC (erroneously
named as AURORA HOME LOAN SERVICES, LLC)
and MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ALI SHAH,<br><br>    Plaintiff,<br><br>vs.<br><br>AURORA HOME LOAN SERVICES, LLC; GREENPOINT MORTGAGE FUNDING, INC.; QUALITY LOAN SERVICES; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. SACV11-00419 JVS (RZx)<br><br>JUDGE: Hon. James V. Selna<br>CTRM: 10C<br><br>**JUDGMENT**<br><br>Action Filed:    December 28, 2011<br>Action Removed: March 15, 2011 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1     The Court hereby **ORDERS** that the Plaintiff Ali Shah ("Plaintiff") recovers nothing from Defendants Aurora Loan Services, LLC (erroneously sued as Aurora Home Loan Services, Inc.; "Aurora") or Mortgage Electronic Registration Systems, Inc. ("MERS"), and that this action be dismissed on the merits, with prejudice, as to Aurora and MERS. This action was decided by the Honorable Judge James V. Selna on a motion for dismissal pursuant to Federal Rule of Civil Procedure 12(b) and after Plaintiff failed to file an amended complaint.

    IT IS SO ORDERED.

Dated: June 30, 2011

*[signature: James V. Selna]*
United States District Court Judge