# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI SHAH, | Case No. SACV 11-419-JVS (RNBx) |
| Plaintiff, | *The Hon. James V. Selna* |
| v. | **JUDGMENT** |
| AURORA HOME LOAN SERVICES, LLC; GREENPOINT MORTGAGE FUNDING, INC.; QUALITY LOAN SERVICES; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1 through 50 inclusive, | |
| Defendants. | |

## JUDGMENT

The Court hereby ORDERS that the Plaintiff Ali Shah ("Plaintiff") recover nothing from Defendant GreenPoint Mortgage Funding, Inc. ("GreenPoint") and that this action be dismissed on the merits, with prejudice, as to GreenPoint. This action was decided by the Honorable Judge James V. Selna on a motion for dismissal pursuant to Federal Rule of Civil Procedure 12(b), at which time the Court dismissed all claims against GreenPoint with prejudice.

**IT IS SO ORDERED.**

Date: July 07, 2011

_____
Hon. James V. Selna
United States District Court Judge